# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY**, a Nebraska Fraternal Benefit Society;<br><br>    **Plaintiff,**<br><br> vs.<br><br>**YOUNG PARK,**<br><br>    **Defendant.** | 8:16CV100<br><br>AMENDED ORDER ON PRELIMINARY INJUNCTION |

This matter is before the Court on the Motion for Temporary Restraining Order (Filing No. 2) submitted by Plaintiff Woodmen of the World Life Insurance Society ("WoodmenLife"). At the hearing on the Motion, the parties agreed to convert the Motion and hearing to one for a preliminary injunction. The Court has considered the Motion, the allegations in WoodmenLife's Complaint (Filing No. 1), the affidavit of Elvis Anderson (Filing No. 4-1), the brief in support of the Motion filed by WoodmenLife (Filing No. 3), and the arguments made by both WoodmenLife and Defendant Young Park ("Park") at the hearing on the Motion.

The Court finds that WoodmenLife has shown a probability of success on the merits; that irreparable injury will result to WoodmenLife if the Motion is not granted; and that the balance of harms and the interests of the public favor granting the Motion. Accordingly, the Motion will be granted and the order for preliminary injunctive relief entered.

IT IS ORDERED:

1. Plaintiff Woodmen of the World Life Insurance Society's Motion for Temporary Restraining Order (Filing No. 2) is converted to one for preliminary injunctive relief and is granted;

2. Defendant Young Park is enjoined from filing any court action against Plaintiff Woodmen of the World Life Insurance Society arising out of Defendant's employment with Plaintiff pending resolution of the above-captioned action;

3. The Court concludes that no security is necessary and Plaintiff WoodmenLife is not required to post a bond or cash;

4. The parties will submit briefs addressing the validity of the injunction under the Anti-Injunction Act, and the merits of the Plaintiff's request for an order compelling arbitration, pursuant to the following stipulated schedule:

    a. Plaintiff WoodmenLife will submit its brief no later than April 1, 2016;

    b. Defendant Young Park will submit his brief in response no later than April 15, 2016;

    c. Plaintiff WoodmenLife will submit its reply brief no later than April 22, 2016; and

` 4. Oral argument will be scheduled following submission of the briefs.

Dated this 3rd day of March, 2016.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge